| | |
|---|---|
| 1 | **2** |
| 2 | SCHEER LAW GROUP, LLP<br>JOSHUA L. SCHEER #242722<br>REILLY D. WILKINSON, #250086 |
| 3 | 155 N. Redwood Dr., Suite 100<br>San Rafael, CA  94903 |
| 4 | Telephone:  (415) 491-8900<br>Facsimile:  (415) 491-8910 |
| 5 | rwilkinson@scheerlawgroup.com<br>A.065-033S |
| 6 | |
| 7 | Attorneys for Defendants |

UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

| | |
|---|---|
| In re: | Bk. No. 21-20922 |
| KYLE CURTIS ASH, | Adv. No.: 21-ap-02044 |
| Debtor, | Chapter 13 |
| | ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO ADVERSARY PROCEEDING |
| KYLE ASH, | |
| Plaintiff. | |
| Vs. | Hearing- NO HEARING PENDING<br>Date:<br>Time:<br>Place:  Bankruptcy Court |
| CHIGBU & CO., LLP, JOHN NKEM CHIGBU, JACOB DURAN, JESSE DURAN, D&D REIT, INC., ACM INVESTORS, INC., BRUCE FONAROW, IRA SERVICES TRUST COMPANY, CUSTODIAN FBO, DAVID WILLIAM BULLMANN, IRA, PHILIP AYERS BROWNING, individually and as TRUSTEE OF THE PHILIP BROWNING 2014 REVOCABLE TRUST, ALAN RAZNICK AND NANCY G. RAZNICK, individually and as, TRUSTEES OF THE RAZNICK FAMILY TRUST, AND CARLIE BERKE FAMILY TRUST, CARLIE P. HEADPOL, TRUSTEE, ITS SUCCESSORS AND/OR ASSIGNEES | |
| Defendants. | |

RECEIVED
July 22, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006997293

The Court, after reviewing and determining that the parties were agreeable to entry of the STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO ADVERSARY PROCEEDING entered into by ACM INVESTOR SERVICES, INC., BRUCE FONAROW, IRA SERVICES TRUST COMPANY, CUSTODIAN FBO, DAVID WILLIAM BULLMANN, IRA, PHILIP AYERS BROWNING, individually and as TRUSTEE OF THE PHILIP BROWNING 2014 REVOCABLE TRUST, ALAN RAZNICK AND NANCY G. RAZNICK, individually and as, TRUSTEES OF THE RAZNICK FAMILY TRUST, AND CARLIE BERKE FAMILY TRUST, CARLIE P. HEADPOL, TRUSTEE, ITS SUCCESSORS AND/OR ASSIGNEES ("**Defendants**"), by and through its counsel, REILLY D. WILKINSON of SCHEER LAW GROUP, LLP and KYLE ASH ("**Plaintiff**"), through his counsel JOSEPH C. ROSENBLIT, and good cause appearing, the court orders as follows:

　　　　IT IS HEREBY ORDERED that Defendants' deadline to file a responsive pleading to the Adversary Complaint is continued from July 24, 2021 to August 9, 2021.

　　　　IT IS FURTHER ORDERED that in the event this Order approving the Stipulation is signed after July 24, 2021, this Order shall be effective retroactive to July 24, 2021.

Dated: July 23, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Fredrick E. Clement
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**END OF ORDER**