Joseph C. Rosenblit
Law Offices of Joseph C. Rosenblit
33801 Avenida Calita
San Juan Capistrano, CA 92675
Phone: (949) 412-6666
Fax Number: (949) 312-2090
Email: rosenblitlawyer@gmail.com

KYLE ASH, Plaintiff

# IN THE UNITED STATEDS BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ASH,<br><br>Plaintiff,<br><br>vs<br><br>JOHN NKEM CHIGBU, JACOB DURAN, D & D REIT, INC., CHIGBU & CO., LLP, ACM INVESTORS, INC., IRA SERVICES TRUST COMPANY, CUSTODIAN FBO, DAVID WILLIAM BULLMANN, IRA, PHILIP AYERS BROWNING, TRUSTEE OF THE PHILIP BROWNING 2014 REVOCABLE TRUST, ALAN RAZNICK AND NANCY G. RAZNICK, TRUSTEE OF THE RAZNICK FAMILY TRUST, AND CARLIE BERKE FAMILY TRUST, CARLIE P. HEADPOL, TRUSTEE, ITS SUCCESSORS AND/OR ASSIGNEES,<br><br>Defendants. | BK Case No. 2021-20922-FEC<br>Adversary #: 2021-02044-FEC<br><br>**REQUEST FOR DISMISSAL**<br><br>**Judge:** Hon. Fredrick E. Clement<br>**Department: 28** |

Comes now plaintiff Kyle Ash and requests a full dismissal of the above stated adversary action inclusive of the complaint, all parties, and all causes of action without prejudice.

DATED: August 5, 2021

*JOSEPH C. ROSENBLIT*
JOSEPH C. ROSENBLIT
Attorney for the Plaintiff

- 1 -
**REQUEST FOR DISMISSAL**